```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                            :    Chapter 7
                                                 :
THE NORTHWEST COMPANY, LLC, et al.,              :    Case No. 20-10990-mew
                                                 :
                    Debtors.                     :    (Jointly Administered)
----------------------------------------------------------------x
```

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO PAY EXPENSES OF REID COLLINS & TSAI LLP, TRUSTEE'S SPECIAL LITIGATION COUNSEL, FOR EXPERT TO SUPPORT TRUSTEE'S LITIGATION CLAIMS

Upon the application, dated May 10, 2022 (the "Application"), of Yann Geron (the "Trustee"), the chapter 7 trustee the estates of The Northwest Company, LLC ("Northwest") and The Northwest.com LLC, the above-captioned debtors, for an order, authorizing him to pay litigation expenses of Reid Collins & Tsai LLP ("Reid Collins"), Trustee's special litigation counsel, as contemplated by the Trustee's letter of engagement agreement with Reid Collins, approved by this Court's May 21, 2021 Order authorizing his retention and employment of Reid Collins [(DE 460]; and it appearing that good and sufficient notice of the Application has been given and no other or further notice being necessary; and due consideration having been given to any responses to the Application; and a hearing on the Application having been held before this Court on May 24, 2022 (the "Hearing"); and upon the record of the Hearing, which is incorporated herein by reference; and for good and sufficient cause; it is hereby

**ORDERED** that the Application is granted to the extent provided herein; and it is further

**ORDERED** that, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Trustee is authorized to pay the expense required to be incurred by Reid Collins for the costs of R. G. Quintero & Co., the expert retained by Reid Collins for the matters described in the Application, in accordance with and on the terms described in the Application; and it is further

***ORDERED*** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of the Application and this order.

Dated: New York, New York
May __, 2022

                                            Honorable Michael E. Wiles
                                            United States Bankruptcy Judge