**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE NORTHWEST COMPANY, LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10990 (MEW)<br><br>(Jointly Administered) |

**ORDER GRANTING FINAL FEE APPLICATION OF REID COLLINS & TSAI LLP, AS SPECIAL COUNSEL TO TRUSTEE IN ADVERSARY CASE FOR THE PERIOD MAY 1, 2021, THROUGH APRIL 26, 2023**

Upon the Application of Reid Collins& Tsai LLP ("**Reid Collins**") for final allowance of fees and expenses in connection its representation as special counsel to Yann Geron, as Chapter 7 trustee of the above captioned debtors, in *Yann Geron as chapter 7 Trustee of the Northwest Company LLC v. Extreme Horse Limited and Northwest Textile LLC* (adv. pro. no. 20-01082), and no objection having been received, and this Court having approved the relief requested, it is hereby:

**ORDERED** that,

**(a)** Reid Collins's application for final allowance of compensation rendered by Reid Collins as special counsel to the Trustee during the Current Fee Period and the Prior Fee Period representing fees and expenses in the total amount of **$1,328,292.67** is approved;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Northwest Company, LLC (8132) and The Northwest.com LLC (1339). This application relates only to The Northwest Company LLC. Any reference to Debtors, means both debtors, and any reference to Debtor means only The Northwest Company LLC.

**(b)** The Trustee is authorized to pay fees not previously paid as fees of the Current Fee Period and fees subject to a holdback from the Prior Fee Period in the total amount of **$875,997.50**; and

**(c)** The Trustee is authorized to pay expenses not previously paid as expenses of the Current Fee Period and expenses subject to a holdback from the Prior Fee Period in the total amount of **$23,012.44**.

_____
HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE: